**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**AHMAD K. JAMES,**

                **Petitioner,**

-vs-                                   **Case No. C-3-00-491**

**ANTHONY BRIGANO,**

                                      **District Court Judge Thomas M. Rose**

                **Respondent**

---

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. #86 AND #90), ADOPTING REPORT AND RECOMMENDATIONS (DOC. #85) STAYING ENTRY AND ORDER (DOC. #74) AND DENYING MOTION FOR ENFORCEMENT AND EXECUTION OF JUDGMENT (DOC. #80)**

---

This case is before the Court on Petitioner's Objections (Doc. #90) and pro se objection letter (Doc. #86) to the Report and Recommendations of the United States Magistrate Judge (Doc. #85) that a stay of remedy granted by the Entry and Order of June 29, 2005 be GRANTED until further notice of the Court, that Petitioner's Motion for Enforcement and Execution of Judgment (Doc. #80) be DENIED without prejudice to renewal, if warranted, upon final resolution of this case and the case remain terminated on the docket of this Court.

As required by 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b), this District Judge has made a de novo review of the record in this case. Upon said review, the Court finds all Objections filed by Petitioner pro se and through counsel (Doc. #86 and #90) are not well-taken and they are hereby OVERRULED.

IT IS THEREFORE ORDERED THAT:

1. A stay of the remedy granted by the Entry and Order of June 29, 2005 (Doc. #74) be granted until further notice of the Court.

2. Petitioner's Motion for Enforcement and Execution of Judgment (Doc. #80) be DENIED without prejudice to renewal, if warranted, upon final resolution of the case, and

3. The case remain terminated on the docket of this Court.

IT IS SO ORDERED.

January 18, 2006                                                               **s/Thomas M. Rose**

 

                                                                                                             THOMAS M. ROSE
                                                                                                 UNITED STATES DISTRICT JUDGE